IN RE:  CASE NO. 08-54106

TERRY MARK FEW                              CHAPTER 7

    Debtor                          REPORT OF UNCLAIMED
                                            DIVIDEND

    Harold A. Corzin, Trustee herein, reports that check #104 was issued on April 26, 2010 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #106 to the Clerk of Courts in the amount of $3,969.43 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

 

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
Hcorzin@csu-law.com

July 26, 2010

cc: U. S. Trustee

Printed: 07/26/10 01:13 PM

# Stale Check Report

Page:

Trustee: HAROLD A. CORZIN (550340)
Case: 08-54106 - FEW, TERRY MARK

| Account No. 9200-02645157-66 | Check No. 106 | Issued 07/26/10 | | | Payee U. S. BANKRUPTCY COURT | | | | Check Amount $3,969.43 |
|---|---|---|---|---|---|---|---|---|---|
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 9200-02645157-66 | 4 | 104 | 04/14/09 | 610 | Capital One Bank (USA), N.A. PO Box 85140 Richmond, VA 23235 | 95,156.66 | 95,156.66 | 3,969.43 | 3,969.43 |

Ck #106
receipt #81674

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS  106
60-249 / 433
3
29078

| Case | Debtor |
|---|---|
| 08-54106 S | FEW, TERRY MARK |
| 92000264515766 | |
| REISSUED CHECK FROM STALE CHECK PROCESSING | |

TID #550340
HAROLD A. CORZIN
304 N. CLEVELAND-MASSILLON RD
AKRON OH 44333

Date   07/26/2010      $ *******3,969.43

~~~Three Thousand Nine Hundred Sixty-Nine Dollars and 43/100

Pay to the Order of   U. S. BANKRUPTCY COURT

**NON-NEGOTIABLE**